USCA1 Opinion

 

 November 24, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1399  ROBERT W. McKEON, Plaintiff, Appellant, v. DONNA SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nathaniel M. Gorton, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Robert W. McKeon on brief pro se. ________________ Donald K. Stern, United States Attorney, Charlene A. Stawicki, ________________ _____________________ Special Assistant United States Attorney, and Nancy B. Salafia, __________________ Assistant Regional Counsel, Social Security Administration, on brief for appellee. ____________________ ____________________ Per Curiam. Having reviewed the record in full, we ___________ affirm the judgment substantially for the reasons recited by Judge Gorton in his Memorandum and Order dated February 10, 1995. Affirmed. See 1st Cir. R. 27.1. _________ ___ -2-